AO 256 (Rev. 2/86)

**CRIMINAL DOCKET · U.S. District Court**

on bond, name shows: Thomas Joseph Nicholas, ~~Jr.~~

| PO ☐ | 417 | 3 | Assigned 1706 | ☐ WRIT | U.S. vs. ~~Canceled~~ ~~w/o~~ ~~exec~~ ~~filed~~ ~~12-28-88~~ | Case Filed Mo. 06 Day 28 Yr. 88 | Docket No. 00029 | Def. 02 |
| Misd. ☐ | | | Disp/Sentence 1706 | ☐ JUVENILE | • JOHN DOE a/k/a Tommy | | | |
| Felony ☒ District | Off | Judge/Magistr. | ☐ ALIAS OFFENSE ON INDEX CARD ▶ | Drug Conspiracy | No. of Def's 2 ● U.S. MAG. CASE NO. ▶ | | |

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | | DISM. NG | GUILTY NOLO |
|---|---|---|---|---|---|
| 21§846 | Conspiracy | Count 1 | 1 | X | |
| 21§841(a)(1) | Possession with intent to distribute and distribute cocaine | Count 2 | 1 | | X |

SUPERSEDING COUNTS →

## II. KEY DATE

**INTERVAL ONE**
KEY DATE ▶ 10-29-88 EARLIEST OF
☒ Arrest in S.C.
☐ sum'ns
☐ custody
☐ appears—on complaint

**END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)**
KEY DATE ▶ 6-28-88 APPLICABLE
☒ Indictment filed/unsealed
☐ consent to Magr. trial on complaint
☐ Information
☐ Felony-W/waiver

KEY DATE 11-15-88
a) ☒ 1st appears on pending charge /R40
b) ☐ Receive file R20/21
c) ☐ Supsdg: ☐ Ind ☐ Inf
d) ☐ Order New trial
e) ☐ Remand f) ☐ G/P Withdrawn

**END INTERVAL TWO**
KEY DATE ▶ 1-9-89 APPLICABLE
☐ Dismissal
☒ Pled guilty — After N.G.
☐ Nolo — After nolo
☐ Trial (voir dire) began
☐ Jury ☐ N.J.

| 1st appears with or waives counsel 11-15-88 | ARRAIGNMENT 1-9-89 | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | ☐ PTD Nolle Pros. | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP | on def motion on gov motion |

## III. MAGISTRATE

| Search Warrant | Issued / Return | DATE | INITIAL/NO. | INITIAL APPEARANCE DATE ▶ | | INITIAL/NO. | OUTCOME: |
|---|---|---|---|---|---|---|---|
| Summons | Issued / Served | | | PRELIMINARY EXAMINATION OR REMOVAL HEARING | Date Scheduled ▶ Date Held ▶ | | ☐ DISMISSED ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued COMPLAINT ▶ | | | | ☐ WAIVED ☐ NOT WAIVED ☐ INTERVENING INDICTMENT | Tape Number | | |
| Date of Arrest | | OFFENSE (In Complaint) | | | | | |

~~XXXXXXXXXXXX~~
Show last names and suffix numbers of other defendants on same indictment/information:
→ Giannone

RULE 20 21 40 In Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

**ATTORNEYS**
~~U.S. Attorney or Asst.~~
KIERAN SHANAHAN

Defense: 1 ☐ CJA. 2 ☒ Ret. 3 ☐ Waived. 4 ☐ Self. 5 ☐ Non/Other. 6 ☐ PD. 7 ☐ CD

1222 Woodland Drive
Fay, N.C. 28305
484-5519

Bobby Deaver
109 Green St.
Fayetteville, N.C.
28301
Tel # 483-0147

Sen: 5/4/89 - Ral.

70 days up: 1/24/89
90 days up: ~~2/27~~/88

**BAIL • RELEASE**

**PRE-INDICTMENT**
Release Date
☐ Bail Denied
AMOUNT SET $
Date Set
☐ Bail Not Made
Date Bond Made

☐ Fugitive
☐ Pers. Rec.
☐ PSA
Conditions
☐ 10% Dep.
☐ Surety Bnd
☐ Collateral
☐ 3rd Prty
☐ Other

**POST-INDICTMENT**
Release Date 11/21/88
☐ Bail Denied
AMOUNT SET $10,000 - Agreement of forfeiture
Date Set 11/21/88
☐ Bail Not Made
Date Bond Made 11/21/88

☐ Fugitive
☐ Pers. Rec.
☐ PSA
Conditions
☐ 10% Dep.
☐ Surety Bnd
☐ Collateral
☐ 3rd Prty
☐ Other

**FINE AND RESTITUTION PAYMENTS**

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|

Docket Entries Begin On ~~Reverse Side~~

APPEALS FEE PAYMENTS

| DATE DOCUMENT NO | Yr | Docket No. | Def. | ☐ MASTER DOCKET - MULTIPLE DEFENDANT CASE  PAGE ☐ OF ☐<br>☐ PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | VI EXCLUDABLE DELAY Start Date / End Date | Ltr Code | Total Days | LETTER CODES |
|---|---|---|---|---|---|---|---|---|
| | | | (OPTIONAL) Show last names of defendants | **V. PROCEEDINGS** | | | | A Exam or hearing for mental/physical incapacity (18 USC 4244) [(1)(A)]  |
| 6-22-88 | 1. | | | MOTION TO SEAL INDICTMENT | | | | |
| | 2. | | | ORDER - It is hereby ordered that the indictment in the above-Captioned case, returned by the Federal Grand Jury on June 21, 1988, be sealed by the Clerk. It is further ordered that the clerk may temporarily unseal the indictment for the purpose of issuing arrest warrants for the deft. and to provide copies of the indictment to the U.S. Attorney. It is further ordered that the clerk unseal and publish the captioned indictment immediately upon the arrest of both defendants or upon request of the U.S. Attorney or upon the expiration of 7 days, whichever event occurs first. Judge Fox. | | | | B NARA exam (18 USC 2902) [(1)(B)]<br>C State/Fed.l proceedings on other charges [(1)(D)]<br>D Interlocutory appeal [(1)(E)]<br>E Pretrial motion (from filing to hearing or to other prompt disposition) [(1)(F)]<br>F Transfer from other district per FRCrP 20,21 or 40 or Mag. Rule 6a [(1)(G)] |
| 6-23-88 | | | | Request by U.S. Attorney for warrant for arrest of deft. | | | | |
| | 3. | | | **ISSUED WARRANT** Original and one copy of warrant to U.S. Marshal for service no copy of indictment attached. | | | |  |
| 11/2/88 | -- | | | Advised by Noville Brockington - Deputy Clerk - U.S. Distr. Ct. Florence, S.C. - detention held for deft. today in Florence - deft. was ordered detained - and removed to EDNC - papers are to be forwarded. | | | | G Proceedings under advisement, not to exceed 30 days, after all necessary submissions filed and hearings completed [(1)(J)]<br>H Misc. proceedings: arraignment, parole/probation, revocation, Deportation, extradition [(1)] |
| 11/4/88 | -- | | | RECEIVED - Field Report - 10/29/88 subject arrested by FBI, SC(Bert Mayer) in Myrtle Beach - orig. warrant forwarded to FBI, SC for execution. | | | | |
| 11/10/88 | | | | Worksheet - CJA 23 - w/order appointing Federal Public Defender; Order of temporary detention pending hearing pursuant to Bail Reform Act - Order of detention pending trial - Commitment to another district<br>(~~when~~ U.S. Marshal advises deft. in this district - I.A. to be set & appointment of counsel) | | | | 5 Deferral of prosecution (per 28 USC 2902) [(1)(C)]<br>6 Transportation from another district or to/from examination or hospitalization in 10 days or l [(1)(H)]<br>7 Consideration by Court of proposed plea agreement [(1)(I)]<br>I Prosecution deferred by mutual agreement [(2)] |
| *6-28-88 | 4 | | | INDICTMENT FILED - cy: AUSA, USPO, J. Britt, USM, Mag. Dixon, Fay Div. jh | | | | M Unavailability of defendant or essential witness [(3)(A,B)] |
| 11/14/88 | 5 | | | GOVERNMENT'S MOTION FOR DETENTION - NO CERTIFICATE OF SERVICE 1c: faxed to Mag. Dixon at Fayetteville by USAtty. ag | | | | N Period of mental/physical incompetence of def. to stand trial [(4)] |
| 11/15/88 | -- | | | RETURN ON WARRANT OF ARREST on Indictment - received 11/7/88 and executed 10/29/88 by Albert J. Mayer, III - FBI | | | | O Period of NARA commitment/treatment [(5)]<br>P Superseding indictment and/or new charges [(6)] |
| 11/18/88 | 6. | | | PRE-TRIAL SCHEDULING ORDER - pre-trial conference 12/5/88<br>motions 12/15/88<br>responses 12/27/88<br>(Wallace W. Dixon, U.S. Mag)<br>1c: U.S. Atty.; Judge Britt; & Gerald Beaver<br>(~~Per Pam in Fayetteville - she called our office and advised -~~ no name as to whom she talked with - Detention hearing to be held in Fayetteville on 11/21/88) | | | | <br>R Def. awaiting trial of co-defendant & no severance has been granted [(7)]<br>T Continuances granted per (h)(8) use "T" alone if more than one of the following reasons (T1 thru T4) is given in support of continuance [(8)(A,B)] |
| 11/15/88 | -- | | | INITIAL APPEARANCE - Mag. Dixon - Fay. - taped<br>Advised of rights<br>Atty. Bobby Deaver will represent deft. in entire case<br>Court sets bail hearing for 11/21/88 at 11 A.M. Deft. remaneded to custody of USM | | | | T1 Failure to continue would stop further proceedings or result in miscarriage of justice [(8)(B,iii)]<br>T2 Case unusual or complex [(8)(B,ii)] |
| | 7. | | | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT - 2cs: USM and 1c: USA (Dixon, Mag.) | | | | |
| 11/16/88 | -- | | | ISSUED NOTICE TO APPEAR - set for detention hearing on 11/21/88 at 11 A.M. in Fay. - 1c: USPO, USM, USA, Joyce Todd, Court Reporter, mr. Deaver, Magistrate Dixon | | | | T3 Indictment for arrest can't be filed in 30 days [(8)(B,iv)]<br>T4 Continuance granted to obtain or substitute counsel, or give reasonable time to prepare [(8)(B,iv)] |
| 11/21/88 | -- | | | Detention Hearing - Mag. Dixon - Talley Taylor Ct. Reporter<br>Govern's w/draws motion for detention<br>Court set conditions of release - advised of penalties if condi**CONTINUED TO PAGE**tions violated at released at conclusion of hearing. | | | | U Time up to withdrawal guilty plea, 3161(i)<br>W Grand Jury indictment time extended 30 more days, 3161 (b) |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   U.S. vs   Nicholas, Thomas Joseph, Jr.
(formerly John Doe a/k/a Tommy )

AO 256A

88-29-02-Cr-3

| Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|---|---|---|
| | (Document No.) | (a) \| (b) \| (c) \| (d) |
| 11/21/88 | **8. ORDER SETTING CONDITIONS OF RELEASE** - 3rd party custody bond w/written ageement of forfeiture for 1981 Mark VI automobile executed w/following restrictions on 11/21/88: <br> 1. maintain or actively seek employment Tarheel Tile & Carpet <br> 2. travel restricted to EDNC except as allowed by specific permission from a USPO <br> 3. avoid contact w/John Giannone, and any other person known to USC controlled substanees <br> 4. report once a week in person to USPO <br> 5. comply w/curfew work week M-F 10 P.M. weekends and holidays 9 P.M. <br> 6. refrain from poss. firearm, etc., <br> 7. refrain from excessive use of alcohol, etc., including marijuana <br> 8. remain in residence of father's address <br> 9. submit upon demand by USPO to urinalysis testing and search of premises <br> (Dixon, Mag.) bys distr. by Fay. office - 11/22 1c: USpO | |
| 12/16/88 | **ISSUED NOTICE TO APPEAR** - set for arrgn & trial on Monday, January 9, 1989, at 9 A.M.. in Raleigh., N.C. before Judge Britt . - <br> 1c: USA & Mr. Deaver | do |
| 12/27/88 | **9. MOTION TO AMEND DOCUMETNS TO REFLECT TRUE NAME OF DEFENDANT** w/cs. 1c: Judge Britt w/prop. Order | sr |
| 12/28/88 | **10. ORDER** - deft's name incorrectly captioned in this action ordered that the documetns in this action be amended as follows: John Doe, a/k/a "Tommy" **should be changed to Thomas Joseph Nicholas, Jr.** (Britt, J) Cr. OB#10, P. 91. 1c: USA, USPO, USM, Judge Britt, Mag. Dixon and Mr. Deaver (ent. 12/28/88) | sr |
| 1/9/89 | At Raleigh before Judge Britt C. R. Donna Tomawski <br> for government: Christine Dean <br> for deft.: Bobby Deaver <br> Arraignment & trial - A/G. Ct. 2 <br> Deft. sworn - deft. competent <br> Rule 11 conducted <br> Court finds deft. competent to plead <br> 11. CONDITIONAL - MEMORANDUM OF PLEA AGREEMENT  Defts/ M/D <br> SENT: 5/1/89 Raleigh                              CT. 1 pending | |
| 2-14-89 | **TRANSCRIPT OF GUILTY PLEA BEFORE THE HONORABLE W. EARL BRITT** <br> January 9, 1989 <br> Volume I of I            Pages 1 - 22 <br> Donna Tomawski, Court Reporter | |
| 4/14/89 | ISSUED NOTICE TO APPEAR FOR SENTENCING ON MONDAY, MAY 1, 1989 (changed see 4/21 <br> AT 9:00 A. M. in Raleigh, N. C. before Judge Britt <br> 1 cy: counsel for deft. & U. S. Atty.                  ag | |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 4/21/89 | **ISSUED AMENDED NOTICE TO APPEAR** - now set for sen. on 5/4/89 at 9 A.M. in Raleigh before Judge Britt, instead of 5/1.    1c: USA and Mr. Deaver | sr | | | |
| 5/4/89 | **RAL - JUDGE BRITT - JO BUSH Ct. Reporter**<br>Sentencing<br>12. **JUDGMENT INCLUDING SENTENCING UNDER THE SENENCING REFORM ACT**<br>    Ct. 2 - 16 months impr.<br>        Supervised release for a term of 3 yrs.<br>    1. that he not have on his person or in his possession at any time any controlled substances, specifically including marijuana, and that he submit to a serach of his person or premises without a warrant and submit urinalysis or other testing procedures that may be required by the probation office for the purpsoe of determining his compliance with the terms of supervised release.<br>    2. that he submit to such treatment for drug dependency as may be required by the probation office<br>    3. that he pay a $3,000 fine, which shall not bear interest under a schedule to be approved by the prob. office, which shall be in at least equal monthly increments during the period of supervised release<br>    4. that he pay restitution to the U.S. Government in the sum of $1,500.00 without interest in monthly increments under the supervision of the probation office<br>    Pay a special assessment in the amount of $50.00.<br>    No cost of incarceration ordered.<br>    Deft. is allowed to report at his own expense at 12 o'clock noon on the date designated by the USM to inst. designated by the U.S. Bureau of Prisons.<br>    (Britt, J) Cr. OB# *11*, P. *52*     (ent. *5/4/89*) | | | | ay |
| 5-4-89 | 13. **ORDER TO SURRENDER** | | | | |
| 6/13/89 | 14. MARSHALS RETURN ON JUDGMENT AND COMMITMENT -<br>    Deft. surrendered on 6/5/89 to Federal Prison Camp Maxwell AFB, Ala. 36112 | | | | |
| 8/8/89 | - TRANSCRIPT - Findings of FAct - 2 pages - Jo Bush Court Reporter<br>        -1c: USPO | sr | | | |